Philip Lo (SBN: 12253)
GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: plo@grsm.com

*Attorneys For Defendant Portfolio Recovery Associates, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESSICA SCHEDENECK, | CASE NO. 2:22-cv-01348-GMN-NJK |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT** |
| vs. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | **(First Request)** |
| Defendant. | |

Pursuant to Local Rule IA 6-1, Defendant Portfolio Recovery Associates, LLC ("PRA") by and through its attorney, Philip Lo of Gordon Rees Scully Mansukhani, LLP and Plaintiff Jessica Schedeneck, by and through her attorney Michael Kind of Kind Law, hereby stipulate and agree as follows:

1. Plaintiff filed her Complaint on August 18, 2022.

2. PRA was served with the summons and Complaint on August 22, 2022.

3. As such, PRA's responsive pleading deadline was due on September 12, 2022.[1]

4. PRA has just retained the undersigned counsel to represent its interests in this matter.

---

[1] Prior to engaging counsel, PRA communicated directly with Plaintiff's counsel regarding an extension of this deadline. PRA's newly retained counsel now approaches this Court regarding the extension at its earliest opportunity to do so.

-1-

5. In order to review and investigate the file, determine whether resolution is possible, and communicate with opposing counsel regarding the claims at issue, PRA requests a 30-day extension to file its response to the Complaint, to October 19, 2022.

6. PRA's counsel has communicated with Plaintiff's counsel, and Plaintiff consents to the requested extension.

7. This is PRA's first extension request. Good cause exists, as the parties seek this extension to allow for exploration of early resolution without incurring unnecessary fees and costs.

8. This stipulation is made in good faith and is not intended to inflict unnecessary delay.

9. Pursuant to this Court's local rules, a proposed Order has been attached hereto as Exhibit A.

IT IS SO STIPULATED.

DATED September 19, 2022.

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Philip Lo
    Philip Lo
    Attorneys for Defendant
    Portfolio Recovery Associates, LLC

KIND LAW

By: /s/ Michael Kind (with permission)
    Michael Kind
    Attorneys for Plaintiff

IT IS SO ORDERED.
Dated: September 20, 2022
.
.
_____
Nancy J. Koppe
United States Magistrate Judge